*Jorge F. Coombs, Esq.*
**YOUNGBLOOD FRANKLIN SAMPOLI & COOMBS P.A.**
**Cornerstone Commerce Center**
**1201 New Road, Suite 230**
**Linwood, New Jersey 08221-1159**
**(609) 601-6600 Telephone / (609) 601-6601 Facsimile**
**Email: jcoombs@youngbloodlegal.com**
**Attorneys for Creditor(s), Dennis C. Smith and Janet B. Smith**
**YFSC File No.: AP-4810-YFS**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Camden Vicinage**

| | |
|---|---|
| IN RE: ERIC R. GIRONE ) | Case No.: 17-20416-ABA |
| AND JOAN M. MCDANIELS ) | |
| ) | Judge Andrew B. Altenburg, Jr. |
| ) | |
| ) | Chapter 13 |
| ) | |
| ) | Hearing Date: July 19, 2017 |
| ) | |

**OBJECTION TO CONFIRMATION OF**
**PLAN**

Creditor(s), Dennis C. Smith and Janet B. Smith, holders of an unsecured, non-priority claim arising from a civil judgment hereby object to the confirmation of the Debtors' proposed Chapter 13 Plan as follows:

1. The Debtors have failed to make all required payments to the Standing Trustee pursuant to 11 U.S.C. Section 1326.

2. The proposed Plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith. Debtor McDaniel's income as stated on Schedule I implausibly includes mandatory deductions that are more than 50% of her gross income. Debtor McDaniel's income is also inexplicably omitted entirely from the Statement of Financial Affairs. The Debtors' stated mortgage and utility expenses on Schedule J are unreasonable and exceed the local housing

1

allowance by at least $700.00. The Debtors' proposed Plan does not pay any unsecured claims. The Debtors Plan should reflect their true disposable income and pay a dividend to unsecured creditors.

3. The proposed Plan is not feasible. The Debtors proposal to cure $51,800.00, in arrearage outside of their plan via loan modification is implausible.

Wherefore, Creditors, Dennis C. Smith and Janet B. Smith, respectfully request that Debtors' Plan be denied at confirmation.

Respectfully submitted,

**YOUNGBLOOD, FRANKLIN, SAMPOLI & COOMBS, P.A.**

By: /S/ Jorge F. Coombs
    Jorge F. Coombs, Esq.
    Attorney for Creditor(s), Dennis C. Smith
    and Janet B. Smith

Dated: July 12, 2017

*Jorge F. Coombs, Esq.*
**YOUNGBLOOD FRANKLIN SAMPOLI & COOMBS P.A.**
**Cornerstone Commerce Center**
**1201 New Road, Suite 230**
**Linwood, New Jersey 08221-1159**
**(609) 601-6600 Telephone / (609) 601-6601 Facsimile**
**Email: jcoombs@youngbloodlegal.com**
**Attorneys for Creditor(s), Dennis C. Smith and Janet B. Smith**
**YFSC File No.: AP-4810-YFS**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
**Camden Vicinage**

| | |
|---|---|
| IN RE: ERIC R GIRONE AND JOAN M MCDANIELS | Case No.: 17-20416-ABA <br><br> Judge Andrew B. Altenburg, Jr. <br><br> Chapter 13 <br><br> Hearing Date: July 19, 2017 |

### CERTIFICATION OF SERVICE

1. I, John Griffith:

   ☒ am the paralegal for Jorge F. Coombs, Esq., who represents Creditor(s), Dennis C. Smith and Janet B. Smith in this matter.

2. On *[Enter the date you served the documents]* July 12, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   ☒ Objection to Confirmation of Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date: 7/12/17

   Signature: [signed]

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Eric R Girone**<br>1760 Cherokee Lane<br>Vineland, NJ 08361 | *Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Joan M McDaniels**<br>1760 Cherokee Lane<br>Vineland, NJ 08361 | *Co-debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Moshe Rothenberg, Esq.**<br>Law Office of Moshe Rothenberg<br>880 East Elmer Road<br>Vineland, NJ 08360 | *Debtor's attorney* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **Raymond Shockley, Jr, Esq.**<br>Office of the Ch. 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | *Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| **U.S. Trustee.**<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | *Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |