| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>P: (856) 236-4374<br>F: (856) 405-6769<br>Attorney for Debtor(s)<br><br>In Re:<br><br>Eric R. Girone and Joan M. McDaniels | Case No.: 17-20416<br><br>Proceedings in Chapter 13<br><br>Pre-Confirmation Certification of Compliance with post-petition obligations in accordance with 11 U.S.C. 1325(a) (8) a and (a) (9) |
|---|---|

We, Eric R. Girone and Joan M. McDaniels, upon our oath, according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the confirmation hearing date on 7/19/2017 at 09:00 AM.

2. The above named Debtor(s) are current with all of his/her post-petition obligation.

3. The above named Debtor(s) has/have paid all post –petition amounts that are required to be paid under any and all Domestic Support Obligations as defined in 11 U.S.C. 101(14A).

4. The above named Debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. 1308.

5. If the confirmation hearing date stated in paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

6. If this Certification is being signed by the Debtor(s)' counsel, counsel certifies that the debtors were duly questioned about the statements in this certification and supplied answers consistent with this Certification.

We hereby certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

Dated: 7/13/17

Dated: 7/13/17

BY: /s/ Eric R. Girone
Eric R. Girone

BY: /s/ Joan M. McDaniels
Joan M. McDaniels