| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>Attorney at Law<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s)<br><br>In Re:<br><br>Eric R. Girone and Joan M. McDaniels | Case No.: 17-20416<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: 10/17/2017 @ 10:00 a.m.<br><br>Judge: Andrew B. Altenburg |

## AMENDED CERTIFICATION OF SERVICE

1. I, Alyson Johnson:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Moshe Rothenberg, Esq., who represents the Debtors in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On October 17, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Notice of Motion to Reclassify the Proof of Claim of Dennis C. & Janet B. Smith**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 17, 2017                                         /s/Alyson Johnson_____
                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Dennis C. & Janet B. Smith**<br>2456 Lahn Lane<br>Mays Landing, NJ 08330 | Interested Creditors<br><br>Docket No.: L-000871-15<br><br>Judgment No.: J-071294-16 | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-Mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court*) |
| **Landsman Uniforms, Inc.**<br>**c/o Dennis C. & Janet B. Smith**<br>4450 E Black Horse Pike<br>Mays Landing, NJ 08330 | Interested Creditors<br><br>Docket No.: L-000871-15<br><br>Judgment No.: J-071294-16 | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-Mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*Rev. 5/14/12*