| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>Attorney at Law<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on October 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Eric R. Girone and Joan M. McDaniels | Case No.:   17-20416<br><br>Chapter:   13<br><br>Adv. No.:   N/A<br><br>Hearing Date:   10/17/2017 @ 10:00 a.m.<br><br>Judge:   Andrew B. Altenburg |

**ORDER TO RECLASSIFY THE PROOF OF CLAIM OF DENNIS C. & JANET B. SMITH**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: October 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Eric R. Girone and Joan M. McDaniels
**Case No:** 17-20416/ABA
**Caption of Order:** Order to Reclassify the Proof of Claim of Dennis C. & Janet B. Smith

    Upon consideration of Eric R. Girone and Joan M. McDaniels's Motion for an Order to Reclassify the Proof of Claim of Dennis C. & Janet B. Smith, and good cause appearing therefore, it is hereby

    **ORDERED AND ADJUDGED** that claim #4 filed by Dennis C. & Janet B. Smith on July 11, 2017 with an amended claim being filed on August 17, 2017 in the amount of $126,044.35 is hereby reclassified as a general wholly unsecured non-priority claim.