Moshe Rothenberg, Esq
**Attorney at Law**
**880 East Elmer Road**
**Vineland, NJ  08360**
**(856) 236-4374**
**Attorney for Debtor**

|  |  |  |
|---|---|---|
| **IN RE:** | : | **UNITED STATES BANKRUPTCY COURT** |
|  | : | **FOR THE DISTRICT OF NEW JERSEY** |
| **Eric Girone and Joan McDaniels** | : |  |
|  | : | **CHAPTER 13 CASE  NO.:  17-20416/ABA** |
|  | : |  |
|  | : | **APPLICATION TO CONVERT CHAPTER** |
| **Debtor** | : | **13 TO A PROCEEDING UNDER CHAPTER** |
|  | : | **7 OF THE BANKRUPTCY CODE** |

**TO:**   Honorable Andrew B Altenburg, U.S.B.J.

Comes now, Eric Girone and Joan McDaniels, debtor herein, and would show the Court the following:

1. The debtor filed a Petition under Chapter 13 of the Bankruptcy Code on May 22, 2017.

2. This case has not been converted under 11 U.S.C. § 1112, 1208 or 706.

3. The debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code and desire to convert this case to a case under Chapter 7.

WHEREFORE, debtor prays for relief under Chapter 7 of Title 11 of the United States Code.

Date: December 4, 2017                        /s/ Moshe Rothenberg, Esq.
                                                                **Moshe Rothenberg, Esq.**
                                                                **Attorney for Debtor**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Moshe Rothenberg

**Attorney at Law**
**880 East Elmer Road**
**Vineland, NJ 08360**
**(856) 236-4374**
**Attorney for Debtor**

**Debtor:**

    **Eric Girone and Joan McDaniels**

**Case No.: 17-20416/ABA**

**Chapter 13**

**Judge: Andrew Altenburg**

## ORDER TO CONVERT CASE TO CHAPTER 7

**The relief set forth on the following pages, numbered two (2) is hereby ORDERED.**

(Page 2)
Debtor: Eric Girone and Joan McDaniels
Case No.: 17-20416/ABA
Caption of Order:   Order To Convert Case to Chapter 7

**THIS MATTER** having been brought before the Court upon application of the debtor herein and debtors' attorney, Moshe Rothenberg, Esq and for good cause shown, it is hereby:

**ORDERED AND ADJUDGED that;**

This Chapter 13 case be and it is hereby converted to a Chapter 7.